AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
Apr 27 2022
ARTHUR JOHNSTON, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Patrick Darnell Daniels, Jr. | ) | Case No. 1:22mj- 39-RHWR |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 25, 2022__ in the county of __Hancock__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Possession of a firearm by an unlawful user of a controlled substance. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature
Ray W. Bell, Jr., Task Force Agent, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: APRIL 27, 2022

_____
Judge's signature
Robert H. Walker, United States Magistrate Judge
Printed name and title

City and state: Gulfport, Mississippi

## Affidavit in support of a Criminal Complaint

Your Affiant, Ray W. Bell, being duly sworn, deposes and states the following:

I am a Task Force Agent with the United States Drug Enforcement Administration (DEA), Task Force Group. My Parent agency is the Hancock County Sheriff's Office, where I hold the rank of Narcotics Investigator. The DEA Task Force in Gulfport, Mississippi, is made up of Special Agents from the DEA, Special Agents from Homeland Security Investigations (HSI), Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, Jackson County, and Gulfport. I have been assigned to the DEA Task Force in Gulfport, Mississippi for over four years. I have been employed by the Hancock County Sheriff's Office, since March 7, 2022, and have been a certified Police Officer in the State of Mississippi for approximately twenty years. My primary duties at the DEA Task Force include the investigation of organized narcotics traffickers. I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in physical and wire surveillances, including previous Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the Affiant for multiple, search warrants, and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

2. Based on personal knowledge and information I received from various law enforcement sources including the Hancock County Sheriff's Office, I am aware of the following facts:

3. On or about April 25, 2022, DEA TFO Ray Bell and Hancock County Narcotics Investigator William Cotter, conducted a traffic stop near Keller Street and St. Francis Street. The traffic stop was conducted with a silver Ford F-150 pickup truck that did not display a license tag. DEA TFO Bell made contact with the driver and sole occupant, **Patrick Darnell DANIELS Jr.** While standing at the driver's window, DEA, TFO Bell smelled a strong odor of marijuana emanating from within the vehicle. DEA TFO Bell asked **DANIELS** to exit the vehicle and he complied. Post-Miranda, **DANIELS** admitted to being a frequent drug user, and possessed two firearms inside the vehicle. A handgun was located between the driver's seat and center console, an AR-style rifle was located in the back seat compartment, both firearms were loaded. A search of the vehicle yielded multiple partially burned marijuana blunts in the ash tray. When questioned in more detail, **DANIELS** admitted that he uses marijuana approximately fourteen days per month. **DANIELS** also admitted that if tested, his hair and urine would test positive for the presence of marijuana.

4. DEA TFO Bell has reason to believe that **DANIELS** is a marijuana user and knowingly possessed a firearm in the process. DEA TFO Bell has reason to believe, with supporting evidence, that **DANIELS** committed a violation of 18 USC 922(g)(3). The firearms that were located in the vehicle are identified as an American Tactical rifle, serial number MS012823 and a Springfield Armory 9mm pistol, serial Number BA488003. DEA TFO Ray Bell shared identifiers for the firearm with Alcohol Tobacco and Firearms

(ATF), Special Agent Shane Lynes who advised that the firearms were not manufactured the State of Mississippi therefore affecting Interstate Commerce.

     5. DEA, TFO Bell conducted a criminal history check of **DANIELS** to determine that he is a multi-state offender. As of this date, **DANIELS** has an active warrant, no extradition, through the State of Florida for failure to appear. In 2017 **DANIELS** was charged with contempt of court through the City of Pass Christian, Mississippi. In 2020 **DANIELS** the Hancock County Sheriff's Department charged DANIELS with reckless driving. In 2022 **DANIELS** was charged with contempt of court in Hancock County and Waveland Police Department. In 2021 **DANIELS** was charged with simple domestic violence by the Waveland, Ms. Police Department.

                                                   Ray W. Bell
                                                   Task Force Agent, US Department of Justice
                                                   Drug Enforcement Administration

Sworn and subscribed before me this 27th day of April 2022.

                                                     Robert H. Walker
                                                     United States Magistrate Judge