AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:22-mj-00039-RHWR |
| Patrick Darnell Daniels, Jr. | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court<br>2012 15th Street<br>Gulfport, MS 39501 | Courtroom No.:  683 |
|---|---|
| | Date and Time:  5/2/22 9:30 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      04/27/2022

_____
s/ Robert H. Walker
*Judge's signature*

_____
Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*