IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
1 - SOUTHERN DIVISION (Gulfport)

| | | |
|---|---|---|
| UNITED STATES | | PLAINTIFF |
| VERSUS | CRIMINAL NO: | 1:22mj39RHWR |
| Patrick Darnell Daniels, Jr. | | DEFENDANT |

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that __Sandra J. Doll__ has been assigned as Probation Officer for Defendant __Patrick Darnell Daniels, Jr.__ and should be noticed of all future pleadings by adding as an Interested Party to said case.

OR

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _____

Sandra Doll
2022.04.29 13:25:27
-05'00'