AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Patrick Darnell Daniels, Jr.<br><br>*Defendant* | )<br>)  Case No.  1:22-mj- 39-RHWR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

APR 28 AM 8:53
RCVD

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Patrick Darnell Daniels, Jr.                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Possession of a firearm by an unlawful user of a controlled substance in violation of Title 18 U.S.C. § 922(g)(3).

Date:  4-27-22

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 03 2022
BY ARTHUR JOHNSTON                DEPUTY

*Issuing officer's signature*

City and state:   Gulfport, Mississippi                       Robert H. Walker, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  4-27-22 , and the person was arrested on *(date)*  4-27-22
at *(city and state)*  Gulfport, MS .

Date:  4-27-22

*Arresting officer's signature*

Kay Bell, DEA TFO
*Printed name and title*