IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:22CR58-LG-RHWR |
| PATRICK DARNELL DANIELS, JR. | 18 U.S.C. § 922(g)(3) |

**The Grand Jury charges:**

On or about April 25, 2022, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PATRICK DARNELL DANIELS, JR.**, knowing he was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm which was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offense alleged in this indictment:

**American Tactical Rifle, serial number MS012823,**

**Springfield Armory 9mm pistol, serial number BA488003, and**

**Any and all ammunition**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

*[signature]*
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 17th day of May 2022.

*[signature]*
UNITED STATES MAGISTRATE JUDGE