SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAY 17 2022

ARTHUR JOHNSTON
BY_____ DEPUTY

## CRIMINAL CASE COVER SHEET
## U.S. District Court

PLACE OF OFFENSE:

CITY: _____

COUNTY: Hancock _____

**RELATED CASE INFORMATION:**

SUPERSEDING INDICTMENT _____ DOCKET # 1:22CR58·LG-RHWR

SAME DEFENDANT _____ NEW DEFENDANT _____

MAGISTRATE JUDGE CASE NUMBER 1:22mj39-RHWR_____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS:   PATRICK DARNELL DANIELS, JR. _____

**U.S. ATTORNEY INFORMATION:**

AUSA   Erica L. Rose _____   BAR #0087758OH___

INTERPRETER:  x  NO ____ YES  LIST LANGUAGE AND/OR DIALECT:_____

**LOCATION STATUS:**   ARREST DATE 04/27/2022_____

X  ALREADY IN FEDERAL CUSTODY AS OF 04/27/2022_____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1_____   _____ PETTY   _____MISDEMEANOR   1____ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:922G.F | 18 U.S.C. § 922(g)(3) | Unlawful User of a Controlled Substance in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020