IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 1:22 CR 58-LG-RHWR

PATRICK DARNELL DANIELS, JR.

NOTICE OF MAXIMUM PENALTY

**Unlawful User of a Controlled Substance in Possession of a Firearm**
18 U.S.C. § 922(g)(3)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment