PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 1:22CR58-LG-RHWR

PATRICK DARNELL DANIELS, JR
(Wherever Found)

The Clerk of said Court will issue summons returnable on **May 24, 2022,** at **9:00 a.m.**, before Robert P. Myers, Jr., United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on May 17, 2022.

This 17th day of May 2022.

                                        DARREN J. LAMARCA
                                        United States Attorney

By:  _____
                                        ERICA L. ROSE
                                        Assistant United States Attorney
                                          OH Bar # 0087758

Summons issued: _____

ELR/DEA