IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 1:22-cr-58-LG-RHWR-1

PATRICK DARNELL DANIELS, JR.

## ENTRY OF APPEARANCE

COMES NOW, John W. Weber III, Assistant Federal Public Defender, and enters his appearance as lead counsel for Patrick Darnell Daniels, Jr.

This the 23rd day of May 2022.

Respectfully submitted,

/s/John W. Weber III
John W. Weber III, MB#101020
Assistant Federal Public Defender
Northern and Southern Districts of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Telephone: 228-865-1202
Facsimile: 228-867-1907
Email: john_weber@fd.org

## CERTIFICATE OF SERVICE

I, John W. Weber III, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 23rd day of May 2022.

/s/John W. Weber III
John W. Weber III
Assistant Federal Public Defender