# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance/Arraignment

| | | | |
|---|---|---|---|
| Case Number: | **1:22-cr-00058-LG-RHWR** | UNITED STATES vs. | **Daniels, Jr.** |
| Hearing Date: | 5/24/2022 | Time In and Out: | 10:46 AM to 10:51 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Patrick Darnell Daniels, Jr.** | Defendant's Counsel: | John Weber |
| AUSA: | Stan Harris | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM(s): | April Hemstad/Brian Alfrod |
| CSO: | Elfron Acosta | | |

### PROCEEDINGS

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Discovery Order entered
- ☒ Trial Date: July 18, 2022 before U.S. District Judge Louis Guirola, Jr.

### Custody Status

- ☒ Detention Order entered 5/2/2022. Defendant remanded to the custody of the U.S. Marshals pending further order of the Court.
- ☐ Defendant detained pending hearing.
- ☐ Defendant waives detention hearing.
- ☐ Conditions

### Other

- ☐