UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

May 24 2022

ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:22-cr-00058-LG-RHWR

PATRICK DARNELL DANIELS, JR.

## TRIAL ORDER

Defendant having entered a plea of not guilty in this matter, the case has been set for **TRIAL** during the three-week criminal calendar commencing on **July 18, 2022** at the Dan M. Russell, Jr., United States Courthouse, 2012 15th Street, Courtroom 606, Gulfport, MS, U.S. District Judge Louis Guirola, Jr., presiding. If the Defendant hereafter desires to change his/her plea to guilty, the Court shall be advised in writing no later than **June 28, 2022**. All pleas after **June 28, 2022** shall be open, unless the Court, for good cause, grants an extension. If any extensions are granted, they must be requested prior to **June 28, 2022**.

A pre-trial conference will be held before the District Judge on **July 5, 2022**, at 1:30 p.m., at which Defendant and counsel are required to be present unless, for good cause, they have been excused by the Court.

All dispositive motions, including motions to suppress, must be filed no later than **July 1, 2022**. All motions, memoranda of authorities, related pleadings, responses, and replies to motions are to be filed electronically and served on opposing counsel using CM/ECF in accordance with the rules of this Court. Within eleven (11) days after a dispositive motion is filed, the opposing party shall either respond to the motion or notify the Court of its intent not to respond. Unless the Court orders otherwise.

**Dispositive and non-dispositive motions should be filed separately and should not be combined in one document**.

Dispositive motions will be decided on the memoranda of authorities unless the Court decides otherwise on its own motion or upon written request by counsel, in which event, the evidentiary hearing or oral argument will be held at the pre-trial conference.

All non-dispositive motions must be filed no later than **June 24, 2022**, and, if a hearing is deemed necessary by the Court, it will be heard on a date to be scheduled by the Court, unless resolved by the government and defense counsel prior thereto. If the moving party fails to appear for the hearing on the date set, the Court shall consider the motion(s) moot and an order shall be entered accordingly. Counsel may seek an earlier expedited hearing on any non-dispositive motion by consulting with the Magistrate Judge's office and opposing counsel to obtain a mutually acceptable hearing date. All non-dispositive motions, memoranda of authorities, related

pleadings, responses, and replies to motions are to be filed electronically and served on opposing counsel using CM/ECF in accordance with the rules of this Court. Within eleven (11) days after a non-dispositive motion is filed, the opposing party shall either respond to the motion or notify the Court of its intent not to respond. Unless the Court orders otherwise.

Proposed **JURY INSTRUCTIONS, EXHIBIT LIST** and **WITNESS LIST** are to be submitted electronically to the Court via its chambers email address: Guirola_Chambers@mssd.uscourts.gov, and furnish same to opposing counsel by **July 11, 2022.**

**JURY INSTRUCTIONS** must be numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each instruction.

**EXHIBIT LIST** must reflect the style and number of the case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. Double space between exhibits. See attached exhibit list.

**WITNESS LIST** must reflect the style and number of the case.

**PURSUANT TO RULE 32(f)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, WRITTEN OBJECTIONS TO THE PRESENTENCE REPORT MUST BE MADE WITHIN 14 DAYS AFTER THE PARTIES RECEIVE THE REPORT. OBJECTIONS RECEIVED AFTER THAT TIME WILL BE DEEMED WAIVED. IF ANY PARTY HAS NO OBJECTIONS THEY MUST NOTIFY THE PROBATION OFFICE WITHIN THE REQUIRED 14 DAYS.**

SO ORDERED this _____ day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE

I acknowledge receipt of this Order:

_____
(Defendant)

_____
(Defense Counsel)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:22-cr-00058-LG-RHWR

PATRICK DARNELL DANIELS, JR.

## **E X H I B I T S**

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID |
|--------|-------------|---------|------|------|
| G-1 | | (LEAVE BLANK-----------) | | |
| D-1 | | | | |