# U.S. District Court
# Southern District of Mississippi

**PDF FILE WITH AUDIO FILE ATTACHMENT**

1:22–cr–00058

USA v. Daniels

RE: Doc #18 ; Initial Appearance , Arraignment

| | |
|---|---|
| Office : | 1   Southern |
| Case Type : | cr |
| Case Number : | 1:22–cr–00058 |
| Case Title : | USA v. Daniels |
| Session Date/Time : | 5/24/2022 00:07 |
| Audio File Name : | arr_daniel.mp3 |
| Audio File Size : | 2.7 MB |
| Audio Run Time : | 05/24/2022 00:07:45 |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.
**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official except those made from the records certified by the reporter or other individual designated to produce the record."