AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
By US Marshals at 1:53 pm, May 18, 2022

# UNITED STATES DISTRICT COURT
USMS# 97846-509

for the

Southern District of Mississippi

United States of America )
v. )
)
) Case No. 1:22cr58LG-RHWR
Patrick Darnell Daniels, Jr. )
(Wherever Found) )
Defendant )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | U.S. District Court<br>2012 15th Street<br>Gulfport MS 39501 | Courtroom No.: G881 (Myers) |
|---|---|---|
| | | Date and Time: 05/24/2022 9:00 am |

This offense is briefly described as follows:
Unlawful User of a Controlled Substance in Possession of a Firearm

Date: 05/18/2022

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

W. Duggan, Deputy Clerk
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 25 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 5.24.22

*Server's signature*

I. Jenkins DUSM
*Printed name and title*