AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cr-00058-LG-RHWR |
| Patrick Darnell Daniels, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                            .

Date:     07/05/2022

s/ Jonathan D. Buckner
*Attorney's signature*

Jonathan D. Buckner,AUSA, MS Bar No.104146
*Printed name and bar number*

U.S. Attorney's Office
1575 20th Avenue
Gulfport, MS 39501

*Address*

jonathan.buckner@usdoj.gov
*E-mail address*

(228) 563-1560
*Telephone number*

(228) 563-1571
*FAX number*

CERTIFICATE OF SERVICE
        I, hereby certify that I have this day electronically filed the
Entry of Appearance with the Clerk of the Court using the ECF system,
which sent notification to all interested parties.
        This the 5th day of July 2022.

                                        s/ Jonathan D. Buckner
                                        Jonathan D. Buckner
                                        Assistant United States Attorney