IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL NO. 1:22cr58-LG-RHWR

PATRICK DARNELL DANIELS, JR

## MOTION *IN LIMINE* CONCERNING JURY NULLIFICATION

The Government, by and through its undersigned counsel respectfully moves the Court to preclude Defendant from attempting to offer evidence that would invite jury nullification and/or making argument that would do the same. As discussed in further detail in the Government's contemporaneously filed Memorandum of Authorities, such evidence or argument is irrelevant, likely to confuse the jury, and otherwise inappropriate. Accordingly, the Government respectfully requests that this motion be granted.

Dated this the 13th day of July, 2022.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　DARREN J. LaMARCA
　　　　　　　　　　　　　　　　　　　　　　　*United States Attorney*

　　　　　　　　　　　　　　　　　　　　　　　Erica Rose
　　　　　　　　　　　　　　　　　　　　　　　*Assistant United States Attorney*
　　　　　　　　　　　　　　　　　　　　　　　OH Bar # 0087758

　　　　　　　　　　　　　　　　　By:　　*Jonathan D. Buckner*
　　　　　　　　　　　　　　　　　　　　　　　Jonathan D. Buckner
　　　　　　　　　　　　　　　　　　　　　　　*Assistant United States Attorney*
　　　　　　　　　　　　　　　　　　　　　　　MS Bar # 104146
　　　　　　　　　　　　　　　　　　　　　　　1575 20th Avenue
　　　　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　　　　　　Ph: (228) 563-7275
　　　　　　　　　　　　　　　　　　　　　　　Jonathan.Buckner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of July, 2022, I caused to be filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification of such filing to counsel of record.

*Jonathan D. Buckner*
Jonathan D. Buckner
*Assistant United States Attorney*