IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                             CRIMINAL NO. 1:22cr58LG-RHWR

PATRICK DARNELL DANIELS, JR.

## DEFENDANT'S SECOND MOTION TO DISMISS

COMES NOW the defendant, PATRICK DARNELL DANIELS, JR., and moves this

Court to dismiss the Indictment because 18 U.S.C. §922(g)(3) is void for vagueness.

As discussed in the accompanying supporting memorandum, the statute is

unconstitutionally vague on its face and "fails to give ordinary people fair notice of the conduct it

punishes" and is so "standardless that it invites arbitrary enforcement." Johnson v. United States,

576 U.S. 591, 595 (2015). The statue gives "no warning about what the law demands[.]" United

States v. Davis, 139 S. Ct. 2319, 2323 (2019).   The Court should dismiss the indictment

because 18 U.S.C. § 922(g)(3) violates the Fifth Amendment.

WHEREFORE, the defendant respectfully requests that his motion be granted and

that the Court dismiss the indictment filed against the defendant in this case.

Respectfully submitted this, the 21st day of July, 2022.

OMODARE B. JUPITER
Federal Public Defender

By:  /S/John W. Weber III
     John W. Weber III (MB# 101020)
     Assistant Federal Public Defender
     Southern District of Mississippi
     2510 14th Street, Suite 902
     Gulfport, MS   39501
     Phone: (228) 865-1202
     Fax:    (228) 867-1907
     Email: john_weber@fd.org
     Attorney for Defendant

## NOTICE OF MOTION

This Motion will be brought on for hearing as soon as this counsel can be heard.

*/s/John W. Weber III*
John W. Weber III

## CERTIFICATE OF SERVICE

I, John W. Weber III, do hereby certify that I have this day electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney Erica Rose.

This the 21st day of July, 2022.

*/s/John W. Weber III*
John W. Weber III
Assistant Federal Public Defender