IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                        CRIMINAL NO. 1:22-cr-00058-LG-RHWR

PATRICK DARNELL DANIELS, JR.

### ORDER

It is ORDERED that the jury in the above-styled and numbered cause be sequestered from the time they report to the jury room each day until released by the Court at the end of each day. The above partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order of the Court.

Pursuant to this Order, while the jury is kept together and not allowed to separate, the reasonable cost of meals and refreshments incurred by the jury during Court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

SO **ORDERED** this the 25th day of July, 2022.

*/s/ Louis Guirola, Jr.*
UNITED STATES DISTRICT JUDGE