IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
1 - SOUTHERN DIVISION (Gulfport)

| UNITED STATES | | PLAINTIFF |
|---|---|---|
| VERSUS | CRIMINAL NO: | 1:22cr58LG-RHWR-001 |
| PATRICK DARNELL DANIELS, JR. | | DEFENDANT |

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case.

OR

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that __Chelsea Woullard__ has been assigned as Probation Officer for Defendant __Patrick Darnell Daniels, Jr.__ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer __Sandra Doll__ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: __Jason Alexis__
Digitally signed by Jason Alexis
Date: 2022.05.16 12:19:53 -05'00'