

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO. 1:22cr58-LG-RHWR**

**PATRICK DARNELL DANIELS, JR**

## RELEASE EXHIBITS

The following exhibits have been released to the AUSA to be returned each day during the trial and the Government will submit a photograph of each exhibit to the Court. The Court will substitute the exhibit with a photograph.

G-25, G-25a, G-25b, G-26, G-26a, G-26b, and G-28

7/25/2022
_____
Date

_____
Signature of AUSA