IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jul 26 2022

ARTHUR JOHNSTON, CLERK

UNITED STATES OF AMERICA

v.                                              CAUSE NO. 1:22-cr-58-LG-RHWR-1

PATRICK DARNELL DANIELS, JR.

### SPECIAL VERDICT FORM

#### Count 1

1. We the jury unanimously find the defendant PATRICK DARNELL DANIELS, JR.

   __X__ GUILTY beyond a reasonable doubt     _____ NOT GUILTY

of knowingly possessing a firearm which was in and affecting interstate or foreign commerce while knowingly being an unlawful user of a controlled substance, as alleged in count 1.

███████████████████████████
Presiding Juror

07 / 26 / 2022
Date