IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22cr58-LG-RHWR

PATRICK DARNELL DANIELS, JR

**GOVERNMENT'S EXHIBITS**

| NO. | DESCRIPTION | SPONSOR | ID | EVIDENCE |
|---|---|---|---|---|
| G-1 | Photo of the firearms located in the vehicle | Stipulated | | 7/25/2022 |
| G-2 | Photo of marijuana blunts located inside the vehicle | Stipulated | | 7/25/2022 |
| G-3 | Photo of lack of tag on defendant's vehicle | Stipulated | | 7/25/2022 |
| G-4 | Photo of defendant's vehicle on driver's side | Stipulated | | 7/25/2022 |
| G-5 | Photo of driver and front passenger compartments | Stipulated | | 7/25/2022 |
| G-6 | Photo of driver's side view from front | Stipulated | | 7/25/2022 |
| G-7 | Photo of VIN for defendant's vehicle | Stipulated | | 7/25/2022 |
| G-8 | Photo of defendant's vehicle on passenger side | Stipulated | | 7/25/2022 |

| NO. | DESCRIPTION | SPONSOR | ID | EVIDENCE |
|---|---|---|---|---|
| G-9 | Photo of front passenger side compartment | Stipulated | | 7/25/2022 |
| G-10 | Photo of rear passenger side compartment | Stipulated | | 7/25/2022 |
| G-11 | Photo of toolbox | Stipulated | | 7/25/2022 |
| G-12 | Photo of serial number on assault rifle | Stipulated | | 7/25/2022 |
| G-13 | Photo of side view of assault rifle | Stipulated | | 7/25/2022 |
| G-14 | Photo of overall view of assault rifle | Stipulated | | 7/25/2022 |
| G-15 | Photo of assault rifle manufacturer | Stipulated | | 7/25/2022 |
| G-16 | Photo of assault rifle model | Stipulated | | 7/25/2022 |
| G-17 | Photo of assault rifle other side view | Stipulated | | 7/25/2022 |
| G-18 | Photo of handgun side view | Stipulated | | 7/25/2022 |
| G-19 | Photo of handgun | Stipulated | | 7/25/2022 |
| G-20 | Photo of handgun serial number | Stipulated | | 7/25/2022 |
| G-21 | Photo of handgun manufacturer | Stipulated | | 7/25/2022 |
| | | | | |

| NO. | DESCRIPTION | SPONSOR | ID | EVIDENCE |
|---|---|---|---|---|
| G-22 | Photo of handgun serial number | Stipulated | | 7/25/2022 |
| G-23 | Photo of Defendant's driver's license | Stipulated | | 7/25/2022 |
| G-24 | Defendant's Recorded Interview | Stipulated | | 7/25/2022 |
| G-24a | Transcript of Defendant's Recorded Interview | Stipulated | | 7/25/2022 |
| G-25 | American Tactical Rifle | Stipulated | | 7/25/2022 |
| G-25a | Magazine | Stipulated | | 7/25/2022 |
| G-25b | Ammunition | Stipulated | | 7/25/2022 |
| G-26 | Springfield Armory Hellcat 9mm | Stipulated | | 7/25/2022 |
| G-26a | Ammunition | Stipulated | | 7/25/2022 |
| G-26b | Magazine | Stipulated | | 7/25/2022 |
| G-27 | ATF Firearm Nexus Report | Stipulated | | 7/25/2022 |
| G-28 | Smoke Marijuana Cigarettes/Blunts | Stipulated | | 7/25/2022 |
| G-29 | DEA Lab Report | Stipulated | | 7/25/2022 |