CASE NO. 1:22cr58

USA

VS. Daniels

PLAINTIFF'S EXHIBIT G-1

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Nick Kelly
    Deputy Clerk

AO 386



