CASE NO. 1:22cr58

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT  G-3

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Jack Kelley
Deputy Clerk

AO 386



