CASE NO. USA

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT G-5

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Nick Kelly
Deputy Clerk

AO 386



