CASE NO. USA

USA
VS. Daniels

~~PLAINTIFF'S~~ Government's EXHIBIT G-6

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Dick Kelly
Deputy Clerk

AO 386



