CASE NO. 1:22cr58

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT  G-7

DATE _____ IDEN.

DATE  7-25-2022  EVID.

BY _____
Deputy Clerk

AO 386



GOVERNMENT
EXHIBIT
G-7