CASE NO. 1:22cr58
USA
VS. Daniels
PLAINTIFF'S EXHIBIT Government G-9
DATE _____ IDEN.
DATE 7-25-2022 EVID.
BY Vicki Kelly
Deputy Clerk
AO 386



