CASE NO. 1:22cr58

USA

VS. Daniels

PLAINTIFF'S EXHIBIT Government's G-11

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY _____
      Deputy Clerk

AO 386



