CASE NO. 1:22cr58

USA

VS. Daniels

Government's PLAINTIFF'S EXHIBIT G-12

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Jackie Kelley
Deputy Clerk

AO 386



