CASE NO. 1:22cr58

USA

VS. Daniels

Government
PLAINTIFF'S EXHIBIT G-13

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY _Dick Kelly_
         Deputy Clerk

AO 386



