CASE NO. 1:22cr58

USA

VS. Daniels

PLAINTIFF'S EXHIBIT Government G-14

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Vicki Kelley
Deputy Clerk

AO 386



