CASE NO. 1:22cr58

USA

VS. Daniels

~~PLAINTIFF'S~~ Government's EXHIBIT G-15

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY _____ Deputy Clerk

AO 386



