CASE NO. 1:22cr58

USA
VS. Daniels
Government's
PLAINTIFF'S EXHIBIT G-19

DATE _____ IDEN.
DATE 7-25-2022 EVID.
BY Deena Kelly
Deputy Clerk
AO 386


