CASE NO. 1:22cr58

USA

VS. Daniels

Government's
~~PLAINTIFF'S~~ EXHIBIT G-20

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Vicki Kelley
Deputy Clerk

AO 386



GOVERNMENT EXHIBIT G-20