CASE NO. 1:22-cr58

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT G-22

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY Deora Kelly
Deputy Clerk

AO 386



