CASE NO. 1:22cr58

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT G-23

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY _Neal Kelley_
Deputy Clerk

AO 386



GOVERNMENT
EXHIBIT
23