CASE NO. 1:22cr58

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT G-24a

DATE _____ IDEN.

DATE 7-26-2022 EVID.

BY Nicole Kelley
       Deputy Clerk

AO 386

**Excerpts from Post Arrest Miranda Interview at Drug Enforcement Administration in Gulfport, MS, conducted by TFA Ray Bell on April 25, 2022.**

*TFA Ray Bell:* Alright, we are going to do a couple things simultaneously here. So, just like out in the field, this is just kind of formal. Um. I read you your rights out in the field, this is just on paper. The date is April 25, 2022, and it's 4:53 p.m. All right, before I ask you any questions, you must understand your rights. You have the right to remain silent, anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions. You have a right to have a lawyer with you during questioning, if you cannot afford a lawyer one will be appointed to you before any questioning if you wish. Do you understand those rights?

*Patrick Daniels:* Yes sir.

*TFA Ray Bell:* Are you willing to answer questions today?

*Patrick Daniels:* Yes, I will answer questions.

*TFA Ray Bell:* The next thing I am going to read you is your waiver of rights. I have read or someone has read to me this advice of my rights, and I understand what my rights are. At this time, I am willing freely and voluntarily answer questions without a lawyer present. Do you agree with that?

*Patrick Daniels:* Yes sir.

*TFA Ray Bell:* If you wouldn't mind signing right there, feel free to read it again if you wish. Keith, I am going to write your name in here (witness) I will get you to sign it in just a minute. Current time is 4:54.

*TFA Ray Bell:* Alright, so, let's start with the basics. Tell me about the issue with the tag on the truck? Why don't you have a tag on it?

*Patrick Daniels:* I bought it from a lady who is going through a divorce here recently. She um, she applied at the DMV place for an address change of the original ownership and then she had to apply after that for a um, confirming what her position was at the insurance company that the vehicle was registered to. And also she waiting on the, she said like the, proprietary something, somebody who is over everything has to go back and say hey look, the vehicle isn't stolen this is where it's going, its changed from ownership from the husband to the wife she's able to sell it now, that's the whole thing she sold it before basically.

1

GOVERNMENT EXHIBIT
G-24a

*TFA Ray Bell:* How long have you owned the vehicle?

*Patrick Daniels:* September 13, is the exact date 2021.

*TFA Ray Bell:* Gotcha. Alright. Let's talk a little bit about the marijuana usage. Um, you told me out on scene that you use marijuana approximately fourteen days out of a month, is that correct?

*Patrick Daniels:* Yes sir.

*TFA Ray Bell:* Alright, Um.

*SA Keith Chappell:* My name is Keith by the way.

*Patrick Daniels:* Yes sir.

*TFA Ray Bell:* I found multiple, um, just like you described, partially burned marijuana joints or blunts in the ash tray of the truck. Where did those come from?

*Patrick Daniels:* Ah, I mean I either smoked them over the time and they just either, like I put em out and like I told you the last time we met when you pulled me over at the Circle K, I stopped smoking in my house when I was staying there and lately since I've been sleeping in my vehicle I haven't really had money to purchase any that's why, what did you find maybe like two or three in there in the little ash tray?

*TFA Ray Bell:* Ah yea it was probably, six or eight maybe.

*Patrick Daniels:* Oh if it was I didn't know it was underneath all the ash I usually take, if you notice there wasn't that many black and milds, I literally just threw all the black and milds out of it that day like this morning. That's why my front seat was nice and vacuumed you know what I mean? Like. I'm just going through a lot right now man and I'm really just trying to coral everything.

*TFA Ray Bell:* Alright, Let's talk a little bit about the firearms. How long have you owned the firearms?

*Patrick Daniels:* The AR 15 that is actually a deceased person who actaully died in the New Year's shooting that happened out here His name is Robert Lewis, the only reason I have that in my possession is because he died, once he died, I had it at my house.

*TFA Ray Bell:* The New Year's shooting that was in Gulfport?

*Patrick Daniels:* Yes sir.

*TFA Ray Bell:* Ok. And so how did you come to get possession of that firearm?

2

*Patrick Daniels:*  Um, he was living with me at the time at my girlfriend's house before I moved out  His mom, you know, I'm in contact with her and she said that she will get it when she's ready, she's kind of just hasn't really healed yet, so.

*TFA Ray Bell:*  Gotcha.

*Patrick Daniels:*  I mean that's the only reason I really keep it in my truck at all times.

*TFA Ray Bell:*  Ok, so you don't have any ownership of the gun besides...

*Patrick Daniels:*  No sir, not even the Hellcat. The Hellcat was actually a Father's Day gift from my ex-girlfriend, Tory Ladner.

*TFA Adam Gibbons:* Father's Day, what year?

*Patrick Daniels:*  This year.

*TFA Ray Bell:* 2021.

*Patrick Daniels:* 22, yes sir not 22, 2021. It took her months to pay it off, she had been paying on it through Dad's. I think it was like 900 bucks so she paid kinda here and there.

*TFA Ray Bell:*  So starting back as long as you can think, um, teenage years, what have you, when did you start smoking marijuana?

*Patrick Daniels:*  After I graduated High School honestly. That's when I started smoking.

**THERE is something else at the end of the recorded excerpt.  I can't hear it.**

*End of Recording Excerpt.*

3