CASE NO. _____ 1:22-58 _____

_____ USA _____

VS. _____ Deniels _____

Government's
PLAINTIFF'S EXHIBIT _____ G-25 _____

DATE _____ IDEN.

DATE _____ 7-25-2022 _____ EVID.

BY _____ Weston Kelly _____
          Deputy Clerk

AO 386

