CASE NO. 1:22cr58

USA

VS. Daniels

Government's
~~PLAINTIFF'S~~ EXHIBIT G-25-A

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY _Vickie Kelly_
Deputy Clerk

AO 386



