CASE NO. 1:22-cr58

USA

VS. Daniels

Government's
PLAINTIFF'S EXHIBIT G-27

DATE _____ IDEN.

DATE 7-25-2022 EVID.

BY _Jean Kolby_
Deputy Clerk

AO 386

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: FY22 Other Agency Nexus | Investigation Number: | Report Number: 13 |
|---|---|---|

## SUMMARY OF EVENT:

On May 09, 2022, Special Agent (SA) Shane Lynes examined firearms for United States Drug Enforcement Administration (DEA) Task Force Officer (TFO) Ray Bell for the purposes of determining their classification under Title 18 U.S.C., Chapter 44 and whether they have moved in interstate and or foreign commerce.

## NARRATIVE:

1. On May 09, 2022, SA Lynes examined the following firearms markings which include but are not limited to the serial number, name of the manufacturer, model, caliber or gauge, and also, when applicable, the importer. The firearms are described as follows:

   - Exhibit 01: Springfield Armory, Model Hellcat, 9mm, Pistol, Serial Number: BA488003.
   - Exhibit 02: American Tactical, Model Mil Sport, 5.56 caliber, Rifle, Serial Number: MS012823.

2. In addition to this examination, these firearms were researched by referencing the Bureau of Alcohol, Tobacco, Firearms, & Explosive's list of firearm manufacturers and other industry related reference material which is widely known and used by both law enforcement and civilian firearms experts to obtain information about firearms and their respective manufacturers, including a firearm's place of manufacture and other matters of interest related to firearms. These references are routinely relied upon to determine the place of manufacture of firearms.

## FINDING(S):

1. Based upon the examination of these firearms, in conjunction with the research, knowledge and experience of SA Lynes, it is his opinion that:

   Exhibit 01 was manufactured by HS Produkt in Croatia.

   Exhibit 02 was manufactured by BCI Defense in Indiana.

**GOVERNMENT EXHIBIT G-27**

| Prepared by: Shane E. Lynes | Title: Special Agent, Gulfport Field Office | Signature: *Shane Lynes* | Date: 5-9-22 |
|---|---|---|---|
| Authorized by: Jason C. Denham | Title: Resident Agent in Charge, Gulfport Field Office | Signature: | Date: |
| Second level reviewer (optional): Kurt H. Thielhorn | Title: Special Agent in Charge, New Orleans Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| FY22 Other Agency Nexus | 777015-22-0001 | 13 |

## CONCLUSION(S):

The above-mentioned exhibits are firearms as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the State of Mississippi.

## OPINION:

It is the opinion of SA Lynes that if these firearms were received and or possessed in the State of Mississippi, they traveled in or affected interstate and or foreign commerce.

## ATTACHMENT:

Statement of Qualifications (available upon request)

## NOTE:

The above is based solely on a description and photographs provided to SA Lynes. Prior to any court testimony by SA Lynes, a physical examination of these exhibits must be performed in order to verify the above findings.