CASE NO. 1:22cr58

USA
VS. Daniels

PLAINTIFF'S EXHIBIT G-29

DATE _____ IDEN.

DATE 2-20-2022 EVID.

BY Veeta Kelly
Deputy Clerk

AO 386



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southeast Laboratory
Miami, FL

# Chemical Analysis Report

Gulfport Resident Office
2909 Thirteenth Street, #500
Gulfport, MS 39501

Case Number: KU-22-0051
LIMS Number: 2022-SFL4-03692

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Marijuana | 0.446 g ± 0.002 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Supplemental report to reflect analysis. Refer to original laboratory report dated 05/11/2022.

## Exhibit Details:

Date Accepted by Laboratory: 05/03/2022      Gross Weight: 30.1 g      Date Received by Examiner: 07/18/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 1 | Cigarette/Cigar | Plant Material | 0.392 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**
Marijuana confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | 4-AP Color Test, Gas Chromatography/Mass Spectrometry, Macro/Microscopic Examination of Plant Material |

GOVERNMENT EXHIBIT G29

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

Analyzed By: /S/ Stephanie M. Armas, Forensic Chemist                Date: 07/20/2022
Approved By: /S/ Chad W. Chumbley, Senior Forensic Chemist           Date: 07/20/2022

DEA Form 113 August 2019                                                                                     Page 1 of 1