# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 22-60596    USA v. Daniels
                        USDC No. 1:22-CR-58-1

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Majella A. Sutton, Deputy Clerk
                                      504-310-7680

cc:
    Mr. Jonathan David Buckner
    Ms. Carmen G. Castilla
    Mr. Gaines H. Cleveland
    Mr. Chad Flores
    Mr. Gerald Harris Goldstein
    Ms. Kimberly Golden Gore
    Mr. Joseph Greenlee
    Mr. Robert J. Olson
    Mr. Edward A Paltzik
    Ms. Erica Rose
    Mr. Thomas Creagher Turner Jr.
    Mrs. Leilani Leith Tynes
    Mr. John William Weber III