

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2023
Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on Sep 25, 2023

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-60596

United States of America,

*Plaintiff—Appellee,*

versus

Patrick Darnell Daniels, Jr.,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:22-CR-58-1

Before Smith, Higginson, and Willett, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and RENDERED.

Stephen A. Higginson, *concurring*.