IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 1:22cr58-LG-BWR

PATRICK DARNELL DANIELS, JR

## MOTION TO STAY

The United States of America ("Government"), by and through its undersigned counsel, respectfully submits this Motion to Stay. For the reasons set forth below, the Government respectfully requests that the Court stay this matter pending the Supreme Court's ruling on the Government's pending petition for certiorari.

1. On June 5, 2025, the Government filed a petition for a writ of certiorari with the United States Supreme Court available at https://www.supremecourt.gov/DocketPDF/24/24-1248/362411/20250605153117923_DanielsPetition.pdf

2. The petition remains pending, and Daniels has sought and obtained extensions of time in which to file his response.

3. This matter is currently set for pre-trial conference on July 24, 2025.

4. Daniels is not detained pending trial.

5. Should the Supreme Court grant the Government's cert. petition, the type of jury instructions that may be required at Daniels' new trial and/or even the need for a new trial may change.

6. Counsel has consulted with counsel for the Defendant regarding a stay of this matter, and counsel for the Defendant has indicated that, while they oppose an indefinite stay, they do not oppose a stay for 60 days or less.

The Government respectfully submits that it would promote judicial economy and the interests of justice to stay this matter pending resolution of the pending cert. petition as it is unlikely that the petition is resolved within 60 days. In addition, the pending cert. petition would

1

allow the Supreme Court to speak to the constitutionality of Section 922(g)(3) and the potential elements of the offense before Daniels is tried, which would allow all of the parties and the Court to have clarity before proceeding further.

    Therefore, the Government respectfully requests that the Court enter an order staying this matter, finding that the resultant delay is necessary and in the interest of justice, and excluding the delay resulting from this motion under the Speedy Trial Act.

    Respectfully submitted,

    Patrick A. Lemon
    *Acting United States Attorney*

By:    *s/ Jonathan D. Buckner*
    Jonathan D. Buckner
    *Assistant United States Attorney*
    MS Bar # 104146
    1575 20th Avenue
    Gulfport, MS 39501
    Ph: (228) 563-7275
    Jonathan.Buckner@usdoj.gov