**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                        **CAUSE NO. 1:22cr58-LG-BWR**

**PATRICK DARNELL DANIELS, JR**

### ORDER GRANTING THE GOVERNMENT'S MOTION TO STAY

The Government has filed a [83] Motion seeking a stay of this matter pending the Supreme Court's ruling on its pending Petition for a Writ of Certiorari.   After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion to Stay is well taken and should be granted.

Pursuant to 18 U.S.C. § 3161(h)(7)(A)–(B), the Court further finds that, in light of the unusual procedural, legal, and constitutional issues at play in this case, the Defendant's pretrial release, and the potential that the Supreme Court's ruling on the pending Petition could impact the manner in which the new trial is conducted and/or the need for a new trial, the ends of justice served by granting this stay outweigh the best interests of the public and the Defendant in obtaining a speedy trial.   Accordingly, the resultant delay is excluded under the Speedy Trial Act.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Government's [83] Motion to Stay is **GRANTED**.   This matter is stayed pending the United States Supreme Court's ruling on the Government's pending Petition for a Writ of Certiorari.

**SO ORDERED AND ADJUDGED** this the 3rd day of July, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE