IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    NO. 1:22-cr-58-LG-BWR

PATRICK DARNELL DANIELS, JR.

**PATRICK DARNELL DANIELS, JR.'S UNOPPOSED MOTION TO LIFT STAY**

NOW COMES the Defendant, PATRICK DARNELL DANIELS, JR., by and through the undersigned counsel, who hereby files this Unopposed Motion to Lift Stay, and who moves this Court to lift the stay of the proceedings and set this matter for trial.  He asserts the following in support:

I.

On May 17, 2022, Mr. Daniels was charged by indictment with one count of possessing a firearm as an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3).  ECF 13.

II.

Mr. Daniels was convicted of violating § 922(g)(3) after a jury trial and was sentenced to a 46-month term of imprisonment and three years of supervised release.  ECF 51.  He appealed the conviction.  On August 9, 2023, the United States Court of Appeals for the Fifth Circuit reversed Mr. Daniels's conviction and rendered a judgment of acquittal.  *United States v. Daniels*, 77 F.4th 337 (5th Cir. 2023) (*Daniels I*).

III.

The government sought a writ of certiorari in the Supreme Court of the United States, and the Court granted the petition, vacated the judgment, and remanded the case to the Fifth Circuit on July 2, 2024.  *United States v. Daniels*, 144 S. Ct. 2707 (2024).  On January 6, 2025, the Fifth

1

Circuit, on remand from the Supreme Court, again reversed the conviction but remanded the case to the district court for a new trial. *United States v. Daniels*, 124 F.4th 967 (5th Cir. 2025) (*Daniels II*).

IV.

On June 6, 2025, the government filed another petition for a writ of certiorari in the Supreme Court. *United States v. Daniels*, No. 24-1248 (June 6, 2025).

V.

On July 2, 2025, the government moved to stay this case pending the Supreme Court's ruling on its petition. ECF 83. Mr. Daniels objected to an indefinite stay of the proceedings. ECF 83, 1. On July 3, 2025, this Court entered an order granting the motion and ordering: "This matter is stayed pending the United States Supreme Court's ruling on the Government's pending Petition for a Writ of Certiorari." ECF 84, 1.

VI.

On June 29, 2026, the Supreme Court denied the government's petition for a writ of certiorari. *Daniels*, --- S. Ct. ---, No. 24-1248, 2026 WL 1855072 (June 29, 2026). Accordingly, there is no basis supporting a stay of the proceedings in this matter, and the stay must be lifted.

VII.

The undersigned has contacted counsel for the government, Assistant United States Attorney Jonathan Buckner, who indicated he does not oppose the relief requested.

2

WHEREFORE, for the above-stated reasons, Defendant Patrick Darnell Daniels, Jr. respectfully requests that this Unopposed Motion to Lift Stay be granted, that the stay of the proceedings be lifted, and that this matter be set for trial.

Respectfully submitted this 29th day of June, 2026.

PATRICK DARNELL DANIELS, JR.,
Defendant

By:   */s/ Leilani L. Tynes*
**Leilani L. Tynes** (MSB #100074)
Assistant Federal Public Defender
**Victoria McIntyre** (LA #38344)
Counsel Pro Hac Vice
Office of the Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS  39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
Email: Leilani_tynes@fd.org
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Leilani Tynes, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which has notified the Assistant United States Attorney of this filing.

This 29th day of June, 2026.

*/s/ Leilani Tynes*
Assistant Federal Public Defender

3