IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 1:22cr58-LG-BWR

PATRICK DARNELL DANIELS, JR.

## MOTION TO DISMISS

The United States of America, through its undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss all charges in this matter as to Defendant Patrick Darnell Daniels, Jr., without prejudice.  Defendant's counsel has indicated that he does not object.

Respectfully submitted,

J.E. BAXTER KRUGER
*United States Attorney*

By:      *Jonathan D. Buckner*
Jonathan D. Buckner
MS Bar # 104146
*Assistant United States Attorney*
1575 20th Avenue
Gulfport, MS 39501
Ph: (228) 563-7275